FILED
2024 Mar-22 PM 03:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.** **CAUSE NO. 2:22-CCR-35-MHH-GMB (3)**

**GARY L. RAPP, JR.**

# MOTION TO ALLOW TRAVEL OUT OF STATE

COMES NOW the Defendant, Gary L. Rapp, Jr., by and through his attorney of record, Steven E. Farese, Sr., and files this his Motion to allow travel out of the Western District of Tennessee and in support thereof would show unto the Court the following, to-wit:

The Defendant respectfully requests permission to travel, via vehicle, from his home in Lakeland, Tennessee to Bloomington, MN to attend the Naval Retirement Ceremony for a close friend during the dates of May 15th through May 21st, 2024. If approved, the Defendant will be staying at the Hilton Minneapolis/Bloomington Hotel located at 3900 American Blvd W in Bloomington, MN 55437. The Defendant plans to return home through Chicago and would be staying at the Chicago Magnificent Mile, A Hilton Grand Vacations Club, located at 300 E. Ohio St., Chicago, IL 60611.

The Defendant has abided by all terms and conditions of his bond conditions. Counsel for the Defendant has contacted the AUSA handling this matter for the Government and informed her of the filing of this motion. It is Counsel's understanding the prosecutor has no objection to this request.

WHEREFORE, the Defendant respectfully requests this Court grant his motion to allow travel out of state for a period of 7 days.

RESPECTFULLY SUBMITTED,

s/Steven E. Farese, Sr.
STEVEN E. FARESE, SR.
MSB #5137
FARESE, FARESE, FARESE P.A.
122 CHURCH AVENUE
P.O. BOX 98
ASHLAND, MISSISSIPPI 38603
TELEPHONE: (662) 224-6211
steve1@fareselaw.com

**CERTIFICATE OF SERVICE**

I, Steven E. Farese, Sr., hereby certify that on March 25, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all attorney's of records.

s/Steven E. Farese, Sr.