FILED
2025 Jul-24 AM 09:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.** **CAUSE NO. 2:22-CCR-35-MHH-GMB (3)**

**GARY L. RAPP, JR.**

## MOTION TO ALLOW TRAVEL OUT OF STATE

COMES NOW the Defendant, Gary L. Rapp, Jr., by and through his attorney of record, Steven E. Farese, Sr., and files this his Motion to allow travel out of the Western District of Tennessee and in support thereof would show unto the Court the following, to-wit:

The Defendant respectfully requests permission to travel, via vehicle, from his home in Lakeland, Tennessee to Cape Girardeau, Missouri for his wedding. He plans to travel to Missouri on September 4th and return home on September 8, 2025. If approved, the Defendant will be staying at the Courtyard by Marriott located at 400 Broadway St in Cape Girardeau, Missouri 63701.

The Defendant has abided by all terms and conditions of his bond conditions. Counsel for the Defendant has contacted the AUSA handling this matter for the Government and informed her of the filing of this motion. It is Counsel's understanding there will be no objection to this request.

WHEREFORE, the Defendant respectfully requests this Court grant his motion to allow travel out of state for a period of 5 days.

RESPECTFULLY SUBMITTED,

s/Steven E. Farese, Sr.
STEVEN E. FARESE, SR.
MSB #5137
FARESE, FARESE, FARESE P.A.
122 CHURCH AVENUE
P.O. BOX 98
ASHLAND, MISSISSIPPI 38603
TELEPHONE: (662) 224-6211
steve1@fareselaw.com

**CERTIFICATE OF SERVICE**

I, Steven E. Farese, Sr., hereby certify that on July 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all attorney's of records.

s/Steven E. Farese, Sr.